The Kantrow Law Group, PLLC
Proposed Attorneys for the Debtor
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
Fred S. Kantrow
Hailey L. Kantrow

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

5120 REALTY CORP.,

                           Debtor.
-----------------------------------------------------------x

Case No.: 24-41259-ess
Chapter 11

## DEBTOR'S LOCAL RULE 1007-4 AFFIDAVIT

STATE OF NEW YORK    )
                                  )
COUNTY OF SUFFOLK    )

      Hui Zhen Kuang a/k/a Jenny Kuang, being duly sworn, deposes and states as follows:

      I am the vice president and 22.5% shareholder of 5120 Realty Corp. ("5120" and/or the "Debtor"). As such I have personal knowledge of the statements contained herein.

1.    The Debtor owns and operates the real property commonly known as 5118-5124 4th Avenue, Brooklyn, New York (the "Real Property"). The Real Property consists of three residential units and three commercial units.

2.    This case was not commenced under any other chapter of the Bankruptcy Code.

3.    No committee was formed prior to the filing for relief.

4.    Attached is a list of those creditors holding the twenty (20) largest unsecured claims, excluding claims of any insiders.

5.    The Real Property is subject to a first in priority mortgage held by BP3 Capital LLC in the amount of $3,500,000.00. This mortgage is disputed by the Debtor.

6. The Debtor's assets consist of the Real Property and the improvements thereon with an approximate value of $5,673,550.00 as set forth on the schedule of assets in its most recent Federal Tax Return.

7. There are no shares of the Debtor that are publicly held.

8. There is no property of the Debtor in the custody or possession of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or agency for any such entity.

9. The Debtor operates its business from its offices located at 376 50th Street, Brooklyn, New York 11220.

10. The Debtor's books and records are located at 376 50th Street, Brooklyn, New York 11220.

11. The Debtor is a defendant in the action styled *BP3 Capital LLC v. 5120 Realty Corp., et al*, bearing Index No. 516846/2021 which was filed in the Supreme Court, County of Kings.

12. The Debtor's senior management includes Jenny Kuang who runs the day-to-day operations of the Debtor.  She has been with the Debtor since its inception.

13. The Debtor has no employees.

14. The Debtor estimates that receipts for the thirty (30) day period immediately after the Petition Date is approximately $10,000.00 and disbursements will be approximately $5,000.00.

Dated: March 21, 2024
Smithtown, New York

    S/Hui Kuang_____
    Hui Zhen Kuang
    a/k/a Jenny Kuang

Sworn to before me on
this 21st day of March 2024

<u>S/Carolyn Rose Iraci</u>
Notary Public State of New York
No. 01IR6371780
Qualified in Suffolk County
Comm. Exp. 3/5/26